UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRINITY HOSPICE, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV1674 CDP |
| WILLIAM MILES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Attorney Robert J. Linhares has filed a motion to withdraw as counsel for defendant Hope Hospice, Inc. He has provided no reason explaining why he seeks to withdraw, and no other counsel has entered an appearance. Hope Hospice, Inc., is a corporation and cannot represent itself. As no new counsel has entered, I will deny the motion to withdraw. Accordingly,

**IT IS HEREBY ORDERED** that defense counsel's motion to withdraw [#32] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of March, 2007.